UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EXECUTIVE RISK SPECIALTY INSURANCE CO.,

Plaintiff,    Case No. 3:07-CV-358-J-16-TEM

v.

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,

Defendant.

---

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Blue Cross and Blue Shield of Florida, Inc., hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Attorneys and Firms**:

Timothy J. Conner (representing Defendant)
Michael Abel (representing Defendant
Holland & Knight LLP (law firm for Defendant)

Joann M. Lytle (representing Defendant)
Alexis K. Arena (representing Defendant)
Alexander Kerr (representing Defendant)
McCarter & English (law firm for Defendant)

**Persons and Entities**

Executive Risk Specialty Insurance Company (Plaintiff)
Blue Cross and Blue Shield of Florida, Inc. (Defendant)

See Plaintiff's Disclosure Statement

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None. See Plaintiff's Disclosure Statement.

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no other creditor' committee the 20 largest unsecured creditors) in bankruptcy cases:

N/A

4.  The name of each victim (individual and corporate), including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

By: s/Timothy J. Conner
Timothy J. Conner
Florida Bar # 767580
Michael A. Abel
Florida Bar #075078
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: 904-353-2000
Facsimile: 904-358-1872
timothy.conner@hklaw.com
michael.abel@hklaw.com

Joann M. Lytle
Alexis K. Arena
Alexander Kerr
McCarter & English
Mellon Bank Center
1785 Market St., Suite 700
Philadelphia, PA 19103
(215) 979-3878
(215) 988-4328 facsimile
jlytle@mccarter.com
aarena@mccarter.com
akerr@mccarter.com

*Attorneys for Blue Cross and
Blue Shield of Florida, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will notify by electronic mail counsel of record noted below. I also served copies of the foregoing on counsel of record by first class mail.

Philip V. Martino
Florida Bar #079189
Christina M. Burden
Florida Bar #0644951
DLA PIPER US LLP
101 East Kennedy Boulevard, Suite 200
Tampa, Florida 33602
Telephone: 813-229-2111
Facsimile: 813-229-1447
philip.martino@dlapiper.com
christina.burden@dlapiper.com

*Attorneys for Executive Risk Specialty Insurance Company*

*Of Counsel:*

Ronald P. Schiller
Daniel J. Layden
DLA PIPER US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Telephone: 215-656-3300
Facsimile: 215-656-3301
ronald.schiller@dlapiper.com
daniel.layden@dlapiper.com

s/ Timothy J. Conner

# 4573055_v1