UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EXECUTIVE RISK SPECIALTY INSURANCE CO.,

    Plaintiff,

v.

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,

    Defendant.

Case No. 3:07-cv-358-JHM-TEM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a) and (c) of the Federal Rules of Civil Procedure, Plaintiff, Executive Risk Insurance Company ("ERSIC"), and Defendant, Blue Cross and Blue Shield of Florida, Inc. ("BCBSF") (collectively the "Parties"), hereby stipulate and agree that this action shall be dismissed with prejudice as to all claims and counterclaims asserted by the Parties. Each party will bear its own attorneys' fees and costs.

Respectfully submitted,

By: /s/ Joann M. Lytle
Alexander Kerr
Joann M. Lytle
Jocelyn G. Hill
McCARTER & ENGLISH, LLP
Mellon Bank Center, Suite 700
Philadelphia, PA 19103
215-979-3800 (phone)
215-979-3899 (fax)
akerr@mccarter.com
jlytle@mccarter.com
jhill@mccarter.com

and

Timothy J. Conner
Florida Bar # 767580
Michael A. Abel
Florida Bar #075078
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
904-353-2000 (phone)
904-358-1872 (fax)
timothy.conner@hklaw.com
michael.abel@hklaw.com

*Attorneys for Blue Cross and Blue Shield of Florida, Inc.*

ME1 7685232v.1

| | | |
|---|---|---|
| By: /s/ Daniel J. Layden<br>Ronald P. Schiller<br>Daniel J. Layden<br>DLA PIPER US LLP<br>One Liberty Place<br>1650 Market Street, Suite 4900<br>Philadelphia, PA  19103<br>215-656-3300 (phone)<br>215-656-3301 (fax)<br>ronald.schiller@dlapiper.com<br>daniel.layden@dlapiper.com<br><br>*Attorneys for Executive Risk Specialty Insurance Company* | and | David M. Applegate<br>E. Lanny Russell<br>Smith, Hulsey & Busey<br>Suite 1800<br>225 Water Street<br>Jacksonville, FL  32202<br>904-359-7700 (phone)<br>904-359-7808 (fax)<br>dapplegate@smithhulsey.com<br>lrussell@smithhulsey.com<br><br>*Attorneys for Executive Risk Specialty Insurance Company* |

ME1 7685232v.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will notify by electronic mail the counsel of record noted below.

| | |
|---|---|
| Ronald P. Schiller | David M. Applegate |
| Daniel J. Layden | E. Lanny Russell |
| DLA PIPER US LLP | Smith, Hulsey & Busey |
| One Liberty Place | Suite 1800 |
| 1650 Market Street, Suite 4900 | 225 Water Street |
| Philadelphia, PA 19103 | Jacksonville, FL 32202 |
| 215-656-3300 (phone) | 904-359-7700 (phone) |
| 215-656-3301 (fax) | 904-359-7808 (fax) |
| ronald.schiller@dlapiper.com | dapplegate@smithhulsey.com |
| daniel.layden@dlapiper.com | lrussell@smithhulsey.com |
| | |
| *Attorneys for Executive Risk Specialty Insurance Company* | *Attorneys for Executive Risk Specialty Insurance Company* |

/s/ Joann M. Lytle